# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-6746

**Case Name** City of Salem v. Mullin

**Counsel submitting this form** Douglas C. Dreier

**Represented party/parties** All Defendants

*Briefly describe the dispute that gave rise to this lawsuit.*

This case concerns the City of Salem's challenge to standard terms and conditions in grants issued by the Department of Homeland Security (DHS) and Federal Emergency Management Agency (FEMA) to the City of Salem.

*Briefly describe the result below and the main issues on appeal.*

The district court enjoined defendants from imposing or enforcing what it called the "Challenged Conditions" with respect to any grants awarded to plaintiff. These were: (1) grantees "do not, and will not, ... operate any programs that advance or promote DEI, DEIA, or discriminatory equity ideology in violation of Federal anti-discrimination law" (Discrimination Condition); (2) grantees will comply with the requirements of Presidential Executive Orders related to grants (Executive Order Condition); and (3) DHS may "terminate a federal award, in whole or in part, '[f]or convenience,' including whenever DHS concludes an award 'no longer advances agency priorities or the national interest'" (Termination Provision). The court also enjoined defendants from requiring plaintiff to certify compliance with these terms or conditions and from refusing to issue grant agreements to, or retaliating against, plaintiff based on plaintiff's participation in this lawsuit.

The issue on appeal is whether plaintiff is entitled to this preliminary injunction.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

District court proceedings are currently stayed until February 12, 2027. The parties have not yet moved for summary judgment.

This Court recently decided an appeal presenting some overlapping issues: County of King v. Turner, --- F.4th ---, No. 25-3664, 2026 WL 2489361 (9th Cir. Aug. 25, 2026). Several cases presenting similar issues are currently stayed in this Court: County of King v. Turner, No. 25-6428; Seattle v. Trump, No. 25-8096; City of Fresno v. Turner, No. 25-7378; Housing Auth. of City & Cnty. of S.F. v. Turner, No. 26-233; County of Santa Clara v. Noem, No. 26-402; City of Bothell v. Turner, No. 26-1689; City of Fresno v. Turner, No. 26-4102; Seattle v. Trump, No. 26-5553; City of Shoreline v. DOT, No. 26-5552; City of Fresno v. Mullin, No. 26-5801.

**Signature** s/Douglas C. Dreier **Date** 10/19/2026

*(use "*s/[typed name]*" to sign electronically-filed documents)*