**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

CITY OF SALEM,

Plaintiff-Appellee,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security, *et al.*,

Defendants-Appellants.

No. 26-6746

## UNOPPOSED MOTION TO HOLD PROCEEDINGS IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27, defendants respectfully request that proceedings in this matter be held in abeyance pending this Court's issuance of the mandate in *County of King v. Turner*, No. 25-3664, which involves certain similar legal issues as the above-captioned case. This Court has already granted similar motions to hold other similar appeals in abeyance pending issuance of the mandate in that case, and doing so here is appropriate for the same reasons. In support of this motion, defendants state the following:

1. This case concerns the City of Salem's challenge to standard terms and conditions in grants issued by the Department of Homeland Security (DHS) and Federal Emergency Management Agency (FEMA) to the City of Salem. On August 13, 2026, the United States District Court for the District of Oregon entered

an oral order granting a preliminary injunction, subsequently memorialized in a written opinion and order on August 20, 2026, prohibiting defendants from imposing or enforcing the challenged conditions or provisions on grants awarded to plaintiff. *City of Salem v. Mullin*, No. 6:26-cv-01340-MJM (D. Or.), Dkt. Nos. 31, 32.

2. Last year, the United States District Court for the Western District of Washington enjoined the Department of Housing and Urban Development and Department of Transportation from imposing certain substantially similar conditions on grants awarded to the plaintiffs in that case. Preliminary Injunction Order, *County of King v. Turner*, No. 2:25-cv-00814-BJR (W.D. Wash. June 3, 2025), Dkt. No. 169. The federal government appealed in that case. *County of King v. Turner*, No. 25-3664. On August 25, 2026, a panel of this Court issued a decision affirming in part and remanding in part the district court's preliminary injunction. But the mandate has not yet issued, and on October 20, 2026, the Court ordered the parties to file simultaneous briefs by November 10, 2026, setting forth their respective positions on whether the case should be reheard en banc.

3. Certain issues in this appeal are substantially similar to the issues on appeal in *County of King v. Turner*. A stay of proceedings will promote judicial economy and conserve resources, as final resolution of the appeal in *County of King* will inform the parties' briefing here. The government therefore respectfully

requests that this case be held in abeyance until the mandate issues in case number 25-3664.

4. This Court has granted similar unopposed motions to hold appeal of other similar preliminary injunctions in abeyance pending issuance of the mandate in case number 25-3664, *see, e.g.*, *City of Fresno v. Turner*, No. 26-4102; *Seattle v. Trump*, No. 26-5553, including unopposed motions filed after the panel issued its decision in that case, *see, e.g.*, *City of Shoreline v. Department of Transp.*, No. 26-5552; *City of Fresno v. Mullin*, No. 26-5801.

5. The government has consulted with plaintiff, who does not oppose this motion.

Respectfully submitted,

DANIEL TENNY

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER
*Attorneys, Appellate Staff*
*Civil Division, Room 7264*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*douglas.c.dreier@usdoj.gov*
*(202) 514-4452*

OCTOBER 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 479 words. This motion complies with the typeface and type-style requirements of Rules 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using 14-point Times New Roman, a proportionally spaced typeface.

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System (ACMS). Participants in the case are registered ACMS users, and service will be accomplished by the ACMS.

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER